IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MARIA ALICIA ESPINO, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | NO. 4:15-CV-132-A |
| | § | |
| STATE FARM LLOYDS, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Consistent with the discussions had and rulings made during the telephone conference/hearing conducted on the date of the signing of this order with counsel for plaintiffs, Maria Alicia Espino and Jose Espino, and counsel for defendant, State Farm Lloyds, on the line,

The court ORDERS, ADJUDGES, and DECREES that the above-captioned action be, and is hereby, dismissed with prejudice, with each party to bear costs of court and attorney's fees incurred by that party.

SIGNED March 16, 2015.

JOHN McBRYDE
United States District Judge